# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION,<br><br>   Plaintiff,<br><br>vs.<br><br>MARITZA CALLES d/b/a WOODY'S AUTO WORKS d/b/a WOODY KUSTOMS,<br><br>   Defendant. | Case No. 2:24-cv-07784-MWC-SSC<br><br>**ORDER ON MOTION FOR DEFAULT JUDGMENT**<br><br>JS-6 |

   Plaintiff BASF Corporation's ("BASF") Motion for Default Judgment against Defendant Maritza Calles d/b/a Woody's Auto Works d/b/a Woody Kustoms ("Defendant"). After consideration of the papers submitted with respect to the Motion, and good cause appearing therefor, the Court orders that BASF's Motion for Default Judgment is hereby GRANTED IN PART pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS ORDERED** that default judgment is hereby entered against Defendant Maritza Calles d/b/a Woody's Auto Works d/b/a Woody Kustoms and in favor of Plaintiff BASF Corporation as follows:

(a) $110,000.00 for the return of 110% of the contract fulfillment consideration; and

(b) $742.35 for the costs incurred in prosecuting this action.

TOTAL AWARD: $110,742.35

Dated: March 6, 2025

_____
Hon. Michelle W. Court
United States District Judge